■ The People of the State of New York, Respondent, v Damian Drewery, Appellant. [887 NYS2d 924]—Appeal from a judgment of the Steuben County Court (Peter C. Bradstreet, J.), rendered July 28, 2008. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Smith, Perado-tto, Green and Pine, JJ.